UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:18-mj-1064 |
| ) | |
| MICHAEL DALE FLOYD, ) | |
| ) | |
| Defendant. ) | |

**PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Title 18 U.S.C. § 2252(a)(2) Receipt of Child Pornography | 5 - 20 | Up to $250,000 | 5 - Lifetime |
| 2 | Title 18 U.S.C. § 2252(a)(4)(B) Possession of Child Pornography | 0 - 20 | Up to $250,000 | 5 - Lifetime |

Dated: _____        _____
                                     MICHAEL DALE FLOYD
                                     Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana