# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL DALE FLOYD<br>*Defendant* | )<br>)  Case No.  1:18-mj-1064<br>)<br>)<br>)<br>)<br>) |

**FILED**
OCT 2 5 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL DALE FLOYD                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2); and
Count 2: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

Date: 10/25/18

*Issuing officer's signature*

City and state:   Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/25/2018, and the person was arrested on *(date)* 10/25/2018
at *(city and state)* Greenfield, IN

Date: 10/25/2018

*Arresting officer's signature*

John Pirics, Task Force Officer, HSI
*Printed name and title*