UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-mj-1064 |
| | ) | |
| MICHAEL DALE FLOYD, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR OCTOBER 25, 2018**
<u>**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**</u>

The parties appear for an initial appearance on the complaint filed on October 25, 2018. Defendant appeared in person and by FCD counsel Loren Collins. Government represented by AUSA Steve DeBrota. USPO represented by Ryan Harrold.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Government moved for pretrial detention and a hearing was scheduled. Preliminary and detention hearing set for **October 29, 2018 at 1:30 p.m. in courtroom 243**.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 10/29/2018            *Debra McVicker Lynch*
                            Debra McVicker Lynch
                            United States Magistrate Judge
                            Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system