UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.  1:18-mj-01064 |
| ) | |
| MICHAEL DALE FLOYD, ) | - 01 |
| Defendant. ) | |

**COURTROOM MINUTE FOR OCTOBER 29, 2018**
**HONORABLE DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appear for a preliminary and detention hearing.  Defendant appeared in person and by CJA counsel Jonathan Bont.   Government represented by AUSA Steve DeBrota. USPO represented by Danieka Thompkins.

Defendant orally waived his right to a preliminary hearing and probable cause found.

Defendant moved to withdraw its oral motion for pretrial detention and the defendant was ordered released on October 30, 2018.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date: 11/2/2018

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system