UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   1:18-mj-01064 |
| | ) | |
| MICHAEL DALE FLOYD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Government's unopposed motion to extend the time period in which to return an indictment in this matter.

Having reviewed the motion, the Court FINDS that a period of delay not to exceed July 17, 2019 is warranted for the reasons stated therein and is thus excludable pursuant to Title 18, United States Code, Section 3161(h).   The Court FINDS that this period of delay is warranted and results from the fact that the Defendant and the Government are discussing issues of this case, including a potential resolution of the case prior to indictment.

For those reasons, the Court FINDS that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed by July 17, 2019.  It is further ordered that the period of delay from the filing of the motion to and including July 17, 2019 be excluded from the Speedy Trial Act computation.

Date: 5/15/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.